# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

MARIA CARMICHAEL,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No. 3:14-cv-1432-J-32PDB

WOODBRIDGE MULTIFAMILY
PARTNERS,

    Defendant.

## O R D E R

    This case is before the Court on Plaintiff's Notice of Voluntary Dismissal (Doc. 27). The notice purports to dismiss the case with prejudice as the parties have settled. (See Doc. 26.) However, Federal Rule of Civil Procedure 41(a)(1)(A) only allows a plaintiff to unilaterally dismiss a case without court order before the defendant has answered or moved for summary judgment; otherwise, a plaintiff needs a stipulation signed by all parties who have appeared in order to dismiss the case without court order. Fed. R. Civ. P. 41(a)(1)(A). Defendant filed an answer in this case on December 1, 2014 (Doc. 5), and the notice is signed only by counsel for the plaintiff. So, if the plaintiff intends to dismiss this case without court order, she will need to file a stipulation signed by both parties.

    **DONE AND ORDERED** at Jacksonville, Florida this 21st day of August, 2015.

                                                  TIMOTHY J. CORRIGAN
                                                United States District Judge

bjb
Copies:

Counsel of record